807/mjj

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Violation: 18 U.S.C. § 1341 [Mail Fraud]; 18 U.S.C. § 1343 [Wire Fraud]; 18 U.S.C. § 1028A(a)(1) [Aggravated Identity Theft]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
Count 1, 2, 3 & 4 - 30 years imprisonment, 5 years supervised release, $250,000 fine, and $100 special assessment.
Count 5 & 6 - Consecutive 2 year prison term, 1 year supervised release, $250,000 fine, and $100 special assessment.

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEBORAH R. DOUGLAS, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ JENNIFER LYNN NAVARRO  (a/k/a Jennifer Navarro-Gochenouer)

DISTRICT COURT NUMBER

CR 07-0807  MJJ

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0807  M J J

UNITED STATES OF AMERICA,

V.

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer)

E-filing

**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 1341 [Mail Fraud]; 18 U.S.C. § 1343 [Wire Fraud]; 18 U.S.C. § 1028A(a)(1) [Aggravated Identity Theft]

A true bill.

_____
Foreman

Filed in open court this  20th  day of
December 2007

_____
Clerk

Bail, $ _No bail / arrest warrant._

12/20/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENNIFER LYNN NAVARRO ) <br> (a/k/a Jennifer Navarro-Gochenouer), ) <br> ) <br> Defendant. ) <br> _____ ) | CR07-0807  MJJ <br> Criminal No. <br> <br> VIOLATIONS: 18 U.S.C. § 1341 [Mail Fraud]; 18 U.S.C. § 1343 [Wire Fraud]; 18 U.S.C. § 1028A(a)(1) [Aggravated Identity Theft] <br> <br> OAKLAND VENUE |

<u>INDICTMENT</u>

The Grand Jury charges:

At all times relevant to this indictment:

1.   E-Loan, Inc. ("E-Loan") was an on-line financial institution whose headquarters were located in Pleasanton, California.

2.   Escrow Closing Services was a title company located in Pleasanton, California.

3.   The World Savings Bank was a financial institution whose headquarters were located in San Antonio, Texas, and which was insured by the Federal Deposit Insurance Corporation.

INDICTMENT

## SCHEME TO DEFRAUD

4. Beginning at a time unknown, but not later than in or about July 2005, and continuing until on or about January 25, 2006, in the Northern District of California, and elsewhere, the defendant Jennifer Lynn Navarro ("defendant") did knowingly devise and execute a material scheme and artifice to defraud and obtain money from E-Loan, World Savings Bank, and individual victims, Salvador Navarro Sr. and Josephine Navarro, by means of materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS OF THE SCHEME

5. As part of the scheme and artifice to defraud, defendant used the personal identification information of her grandparents, Salvador Navarro Sr. and Josephine Navarro, including their names, address, dates of birth, and California driver's license numbers, as well as the social security number of Salvador Navarro Sr., on a "Uniform Residential Loan Application" and supporting documentation for the purpose of obtaining a loan in the amount of $100,000.00 from E-Loan based upon the refinance of the primary residence of Salvador Navarro Sr. and Josephine Navarro, without their knowledge or consent.

6. As part of the scheme and artifice to defraud, on or about August 4, 2005, World Savings Bank checking account #393859327, in the names of Salvador Navarro Sr. and Josephine Navarro, was opened via the Internet, without the knowledge or authorization of Salvador Navarro Sr. and Josephine Navarro. On or about August 8, 2005, through the United States Postal Service, World Savings Bank headquarters in San Antonio, Texas, received a "Mail-In Form" for "New Account Agreement" dated August 4, 2005, which was fraudulently signed "Josephine Navarro" and "Salvador Navarro." The World Savings Bank monthly statements are addressed to 2063 Main Street #141, Oakley, California, which is the address of United Parcel Service Mail Box #141 opened by defendant on or about December 7, 2004. Instructions on the "Disbursement of Funds" form directed E-Loan to send the closing documents to 2063 Main Street #141, Oakley, California, and the "loan proceeds via Wire Transfer" to World Savings Bank account #393859327 in San Antonio, Texas.

INDICTMENT                                  2

7. On or about August 9, 2005, E-Loan approved the loan in the amount of $100,000. On or about August 18, 2005, E-Loan sent a package containing loan documents via United Parcel Service ("UPS"), tracking no. 1Z86X68X0190849787, to Salvador Navarro Sr. at his residence in Brentwood, California. Also on August 18, 2005, Escrow Closing Services sent a package containing an unsigned "Settlement Statement" via United Parcel Service, tracking no. 1Z46R55V0195995556, to Salvador Navarro Sr. at his residence in Brentwood, California.

8. On or about August 24, 2005, E-Loan received the completed "Settlement Statement," which was signed by Escrow Closing Services and fraudulently signed "Salvador Navarro," without his knowledge or consent. On that same day, August 24, 2005, E-Loan funded the loan in the amount of $70,000 based upon the "Settlement Statement."

9. On or about August 25, 2005, E-Loan electronically transferred $68,785.00 ($70,000 minus fees) to World Savings Bank account #393859327.

10. From August 25, 2005 through January 25, 2006, withdrawals were made from the wire transfer of $68,785.00 into the World Savings Bank account #393859327, including check no. 1006 for $10,000 to payee "Cal Pac" which defendant filled out and fraudulently signed "Josephine Navarro."

COUNT ONE: (18 U.S.C. § 1341 - Mail Fraud)

11. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

12. On or about August 4, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly place and cause to be placed a World Savings Bank "Mail-In Form" in a post office and in an authorized depository for mail matter to be sent and delivered by the United States Postal Service to the World Savings Bank, in violation of Title 18, United States Code, Section 1341.

INDICTMENT                                                      3

COUNT TWO: (18 U.S.C. § 1341 - Mail Fraud)

13. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

14. On or about August 18, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly deposit and cause to be deposited a package containing loan documents from E-Loan to be sent and delivered by a private and commercial interstate carrier, namely, United Parcel Service, tracking no. 1Z86X68X0190849787, to Salvador Navarro Sr., in violation of Title 18, United States Code, Section 1341.

COUNT THREE: (18 U.S.C. § 1341 - Mail Fraud)

15. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

16. On or about August 18, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly deposit and cause to be deposited a package containing a "Settlement Statement" from Escrow Closing Services to be sent and delivered by a private and commercial interstate carrier, namely, United Parcel Service, tracking no. 1Z46R55V0195995556, to Salvador Navarro Sr., in violation of Title 18, United States Code, Section 1341.

INDICTMENT                              4

COUNT FOUR: (18 U.S.C. § 1343 - Wire Fraud)

17. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

18. On or about August 25, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, and signals, namely, a wire transfer of approximately $68,785.00 from E-Loan in Pleasanton, California, to World Savings Bank in San Antonio, Texas, in violation of Title 18, United States Code, Section 1343.

COUNT FIVE: (18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft)

19. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

20. In or about July 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

did knowingly transfer, possess, and use, without lawful authority, a means of identification, as defined in 18 U.S.C. § 1028(d)(7)(A), of another person, namely, Salvador Navarro Sr., during and in relation to felony violations of 18 U.S.C. §§ 1341 and 1343 as alleged in Counts One through Four above, in violation of Title 18, United States Code, Section 1028A(a)(1).

INDICTMENT                                5

COUNT SIX: (18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft)

21. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

22. In or about July 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

did knowingly transfer, possess, and use, without lawful authority, a means of identification, as defined in 18 U.S.C. § 1028(d)(7)(A), of another person, namely, Josephine Navarro, during and in relation to felony violations of 18 U.S.C. §§ 1341 and 1343 as alleged in Counts One through Four above, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: December 20, 2007          A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: ___DRD___)
AUSA Deborah R. Douglas

INDICTMENT                                6