```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR07-0807 MJJ
13                                  )
              Plaintiff,            )   STIPULATION AND [PROPOSED]
14                                  )   ORDER FOR CONTINUANCE AND
       v.                           )   EXCLUSION OF TIME UNDER THE
15                                  )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
   JENNIFER LYNN NAVARRO,           )   ET SEQ.
16                                  )
              Defendant.            )
17  _____)

18
19       Plaintiff United States of America, by and through its counsel of record, and defendant
20  Jennifer Lynn Navarro, by and through her counsel of record, hereby stipulate as follows:
21       1.   On January 15, 2008, defendant was arraigned on the captioned indictment.
22  Defendant's first appearance before the district court judge is scheduled for February 7, 2008 at 2
23  p.m. in San Francisco.
24       2.   The parties stipulate and request that the matter be continued from February 7, 2008
25  to March 14, 2008 at 2:30 p.m. in Oakland on the grounds of continuity of counsel and effective
26  defense preparation. The defense counsel, Assistant Federal Public Defender Joyce Leavitt, will
27  be out of the district from February 7, 2008 through February 8, 2008, and from February 14, 2008
28  through February 24, 2008. A continuance to March 14, 2008 will provide the defendant with an
```

STIPULATION AND ORDER
CR07-0807 MJJ

1  opportunity to review the discovery, investigate the case, and perform the other tasks involved in
2  effective preparation.
3      3.  For the foregoing reasons, the parties stipulate and agree that the ends of justice
4  served by the continuance requested outweigh the best interests of the public and the defendant in
5  a speedy trial because the failure to grant such a continuance would unreasonably deny the
6  defendant continuity of counsel and adequate time to prepare, taking into account the exercise of
7  due diligence. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the parties
8  therefore stipulate and agree that the time from February 7, 2008 through March 14, 2008 should
9  be excluded from the time in which the trial shall commence.

Dated: 2/6/08

DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: 2/6/08

JOYCE LEAVITT, Esq.
Attorney for Defendant

STIPULATION AND ORDER
CR 07-0807 MJJ

02/06/2008 13:06 FAX 5106373507   FED PUBLIC DEFENDER → OAK US ATTY   Case 4:07-cr-00807-SBA   Document 6   Filed 02/06/2008   Page 3 of 3   @004

FEB-06-2008 12:09    US ATTY SF                                    4366927    P.04

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT this matter, currently scheduled for February 7, 2008 at 2 p.m., shall be continued to March 14, 2008 at 2:30 p.m. for status before the Honorable Martin J. Jenkins, United States District Judge, in the federal building in Oakland, California, and that the time from February 7, 2008 through March 14, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (b)(iv).

IT IS SO ORDERED.

Dated:_____

HONORABLE MARTIN J. JENKINS
United States District Court Judge

STIPULATION AND ORDER
CR07-0807 MJJ