<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                                                  No. CR-07-00807 SBA

        Plaintiff,                                         **CLERK'S NOTICE**

  v.

NAVARRO,

        Defendant.
_____/

    The Status in this case has been rescheduled before Judge Armstrong on March 18, 2008, at 9:00 a.m.

**Plaintiff's Counsel is responsible to serve all parties that are not currently enrolled in the e-filing program with a copy of this Clerk's Notice. Following service plaintiff shall file a certificate of service with the Court.**

Dated: 3/4/08                                                      FOR THE COURT,

                                                           Richard W. Wieking, Clerk

                                                           By: _/s/ Lisa R. Clark_____
                                                              LISA R. CLARK
                                                              Courtroom Deputy