UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/8/08

CR 07-00807SBA                                JUDGE: SAUNDRA BROWN ARMSTRONG

NAVARRO                                       Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

DEBORAH DOUGLAS                               JOYCE LEAVITT
U.S. ATTORNEY                                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                   DIANE SKILLMAN
                                             Court Reporter

Interpreter                                   Probation Officer

### PROCEEDINGS

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON THE COURT'S CONSIDERATION OF THE PLEA AGREEMENT UNTIL 7/8/08

### JUDGMENT:

### PROCEEDINGS

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to **7/8/08** for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to **7/8/08** for Change of Plea @ 10:00 a.m.
cc: