UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-07-00807 SBA |
| DEFENDANT'S NAME | JENNIFER LYNN NAVAROJO |
| DEFENDANT'S COUNSEL | JOYCE LEAVITT |
| DUE DATE | 7/8/08 @ 10:00 AM |

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| ____X____ | Pre-Plea Presentence Investigation |
| _____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the *Probation Office, Room 220S, 2nd Floor* before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk
Dated:4/8/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:*_____]
Defendant's address: _____

_____

_____