JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR07-0807 SBA |
| Plaintiff, | ) | GOVERNMENT'S OPPOSITION TO DEFENDANT'S SENTENCING MEMORANDUM |
| v. | ) | |
| JENNIFER NAVARRO | ) | Hearing Date: July 8, 2008 at 10 a.m. |
| Defendant. | ) | |

## I. INTRODUCTION

The United States fully concurs with the Office of Probation's determination that defendant's criminal history points total five, establishing a Criminal History Category of III. Late afternoon on July 3, 2008 (one day before the July 4th holiday), defendant filed a sentencing memorandum arguing that her Criminal History Category is II, and not III. According to defendant, she was not "under the criminal justice system" when she committed the instant offense and therefore the two criminal points under U.S.S.G. § 4A1.1(d) should not be applied. For the reasons set forth below, defendant's argument has no merit.

## II. **BACKGROUND**

On October 21, 2004, defendant was arrested by the Federal Bureau of Investigation after she embezzled funds from the First American Title Company in Oxnard, California, where she worked as an escrow assistant (PSR ¶ 33). On May 2, 2005, in the Central District of California, defendant entered a guilty plea to bank fraud, in violation of 18 U.S.C. § 1344. On October 13, 2005, defendant was sentenced to 15 months in prison, five years of supervised release, $100 special assessment, and $121,595.00 in restitution. Defendant commenced her prison term on January 9, 2006 when she self-surrendered to the Bureau of Prisons (Amended Addendum to PSR, p. 1).

After defendant's guilty plea on May 2, 2005, and while she was on pre-trial release before sentencing on October 13, 2005, defendant commenced the instant offense in or about July 2005 and continued the offense until on or about January 25, 2006 (see Plea Agreement ¶ 2 [Exhibit A]). In or about July 2005, defendant stole and used the personal identification information of her grandparents, Salvador Navarro Sr. and Josephine Navarro, without their knowledge or consent, to obtain a loan in the amount of $100,000.00 from E-Loan based upon the refinance of her grandparents' residence in Brentwood. Defendant instructed E-loan to electronically transfer $68,785.00 into a World Savings checking account, which defendant opened in the names of her grandparents, without their knowledge or consent. Defendant then withdrew money from the World Savings account, including a $10,000.00 check which defendant fraudulently signed "Josephine Navarro" and used to purchase a vehicle for her boyfriend. The World Savings Bank checking account statements confirm that withdrawals were made from the $68,785.00 wire transfer from August 25, 2005 through January 25, 2006 (see Exhibit B).

## III. **ARGUMENT**

U.S.S.G. § 4A1.1(d) provides that two criminal history points are added "if the defendant committed the instant offense while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status." Based upon the bank fraud conviction in the Central District of California, defendant commenced her prison term on January 9, 2006, after which defendant, as part of the instant offense in the Northern District of

California, continued to withdraw monies from the World Savings Bank account that she had fraudulently opened in her grandparents' names. Thus, defendant was clearly under a criminal justice sentence when she committed the instant offense. Even under defendant's logic, "if she had already self-surrendered and was in prison, the two points would count" (Amended Addendum to PSR, p. 1). That is the case here.

Moreover, even assuming arguendo that defendant had continued to make fraudulent bank withdrawals in the instant case after she was sentenced for bank fraud in the Central District of California on October 13, 2005, but had stopped making withdrawals before self-surrendering to prison on January 9, 2006, the fact that a sentenced defendant has not yet reported to prison cannot be used as an argument to avoid the consequences of her continued offense conduct in this case. The consequences are higher for those defendants who are bold enough to continue criminal activities after sentencing.

Application Note 4 states that a " 'criminal justice sentence' means a sentence countable under § 4A1.2 (Definitions and Instructions for Computing Criminal History) having a custodial or supervisory component, although active supervision is not required for this item to apply." Thus, for the purpose of determining whether a defendant has committed an offense while under a "criminal justice sentence" pursuant to § 4A1.1(d), the general definitions and instructions for computing criminal history pursuant to § 4A1.2 applies. Included in § 4A1.2 are instructions that "[w]here a defendant has been convicted of an offense, *but not yet sentenced*, such conviction shall be counted as if it constituted a prior sentence under § 4A1.1(c) if a sentence resulting from that conviction otherwise would be countable" (emphasis added). Under circumstances where criminal history points are added under § 4A1.1(c) where a defendant has been convicted, but not yet sentenced, criminal history points are certainly added under § 4A1.1(d) where a defendant has already been sentenced. As stated above, Application Note 4, entitled § 4A1.1(d), expressly states that, "[f]or the purposes of this item, a 'criminal justice sentence' means a sentence countable under § 4A1.2."

According to defendant, the two criminal points under U.S.S.G. § 4A1.1(d) does not apply because she did not fail to report for service of her sentence pursuant to Application Note 4, which

3

1  states that "[f]ailure to report for service of a sentence of imprisonment is to be treated as an escape

2  from such sentence" (Defendant's Sentencing Memorandum, p. 3).    That instruction merely

3  precludes a defendant, who fails to self-surrender to the Bureau of Prisons, to argue that he or she

4  did not escape from such sentence.

5

6                                              **CONCLUSION**

7          For all the reasons stated above, the United States fully concurs with the Office of

8  Probation's determination that defendant's Criminal History Category is III.

9

10                                              Respectfully submitted,

11                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney

12

13  7|4|08                                      DEBORAH R. DOUGLAS
    Dated

14                                              Assistant United States Attorney

15
    cc: Constance Cook, U.S. Probation
16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

Plea Agreement



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *Ronald V. Dellums Federal Building* | *(510) 637-3680* |
| *1301 Clay Street, Suite 340S* | |
| *Oakland, California 94612* | *FAX:(510) 637-3724* |

July 1, 2008

Honorable Saundra B. Armstrong
United States District Court
1301 Clay Street
Oakland, CA 94612

      Re:  United States v. Jennifer Lynn Navarro
          CR07-0807 SBA

Dear Judge Armstrong:

   On April 8, 2008, the parties submitted a plea agreement to this Court pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. This Court ordered a Pre-Plea Presentence Report and continued this matter to July 8, 2008 for defendant's guilty plea and sentencing. Probation Officer Constance Cook brought to the parties' attention that a two-level enhancement for vulnerable victim applies to this case under U.S.S.G. § 3A1.1(b)(1). The parties have consented to the two-level enhancement and, as set forth in the "Amended Pre-Plea Presentence Investigation Report, the Office of Probation concurs with the attached plea agreement.

   Thank you for your consideration.

              Respectfully submitted,

              JOSEPH P. RUSSONIELLO
              United States Attorney

              DEBORAH R. DOUGLAS
              Assistant United States Attorney

cc: Joyce Leavitt, Esq.
  Constance Cook, U.S. Probation

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5

   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

8

9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR07-0807 SBA
                                       )
15            Plaintiff,               )
                                       )    PLEA AGREEMENT
16        v.                           )
                                       )
17  JENNIFER LYNN NAVARRO,             )
                                       )
18            Defendant.               )
                                       )
19

20        I, Jennifer Lynn Navarro, and the United States Attorney's Office for the Northern District

21  of California (hereafter "the government") enter into this written plea agreement (the "Agreement")

22  pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure:

23  The Defendant's Promises

24        1.    I agree to plead guilty to count one of the captioned Indictment charging me with Mail

25  Fraud, in violation of 18 U.S.C. § 1341. I agree that the elements of the offense and maximum

26  penalties are as follows:

27

28

PLEA AGREEMENT
CR07-0807 SBA

a.  Elements:

(1) Defendant made up a scheme or plan for obtaining money or property by making false promises or statements;

(2) Defendant knew that the promises or statements were false;

(3) The promises or statements were material, that is, they would reasonably influence a person to part with money or property;

(4) Defendant acted with the intent to defraud; and

(5) Defendant used, or caused to be used, the U.S. Postal Service or any private or commercial interstate carrier to carry out or attempt to carry out an essential part of the scheme.

b.  Maximum Penalties:

| | |
|---|---|
| (1) Maximum prison sentence | 30 years |
| (2) Maximum fine | $ 250,000 |
| (3) Maximum supervised release term | 5 years |
| (4) Mandatory special assessment | $ 100.00 |
| (5) Restitution | $ 68,785.00 |

2.  I agree that I am guilty of the offense to which I will plead guilty, and I agree that the following facts are true:

Beginning in or about July 2005, and continuing until on or about January 25, 2006, in the Northern District of California, and elsewhere, I knowingly devised and executed a material scheme and artifice to defraud and obtain money from E-Loan, World Savings Bank, and my grandparents Salvador Navarro Sr. and Josephine Navarro by means of materially false and fraudulent pretenses, representations, and promises.  In or about July 2005, I knowingly obtained and used the personal identification information of my grandparents  Salvador Navarro Sr. and Josephine Navarro, including their names, address, dates of birth, and California driver's license numbers, as well as the social security number of Salvador Navarro Sr., on a "Uniform Residential Loan Application" and supporting documentation for the purpose of obtaining a loan in the amount of $100,000.00 from E-Loan, an on-line financial institution, based upon the refinance of my grandparents' residence in Brentwood, California, without their knowledge or consent.

1   On or about August 4, 2005, I opened World Savings Bank checking account

2   #393859327, in the names of Salvador Navarro Sr. and Josephine Navarro, via the Internet, without

3   my grandparents' knowledge or consent. I fraudulently signed the names "Josephine Navarro" and

4   "Salvador Navarro" on the World Savings Bank "Mail-In Form" ("the form") for "New Account

5   Agreement," and mailed the form on or about August 4, 2005 through the United States Postal

6   Service to the World Savings Bank headquarters in San Antonio, Texas, without my grandparents'

7   knowledge or consent. The World Savings Bank is insured by the Federal Deposit Insurance

8   Corporation.

9   On or about August 9, 2005, E-Loan approved the loan in the amount of $100,000.00.

10  Per my instructions, on or about August 18, 2005, E-Loan sent a package containing loan documents

11  via United Parcel Service ("UPS"), a private and commercial interstate carrier, tracking no.

12  1Z86X68X0190849787, from Pleasanton, California, to my grandfather Salvador Navarro Sr.'s

13  residence in Brentwood, California. Also per my instructions, on or about August 18, 2005, Escrow

14  Closing Services sent a package containing an unsigned "Settlement Statement" via United Parcel

15  Service, tracking no. 1Z46R55V0195995556, from Pleasanton, California, to my grandfather

16  Salvador Navarro Sr.'s residence in Brentwood, California. I intercepted both UPS packages from

17  my grandfather's residence, forged my grandfather's name on the "Settlement Statement," without

18  his knowledge or consent, and sent the completed "Settlement Statement" to Escrow Closing

19  Services through the United Parcel Service. On or about August 24, 2005, E-Loan funded the loan

20  in the amount of $70,000.00 based upon the "Settlement Statement" in which I had forged my

21  grandfather's signature.

22  Per my instructions, on or about August 25, 2005, E-Loan electronically transferred

23  $68,785.00 ($70,000.00 minus fees) from its headquarters in Pleasanton, California, to account

24  #393859327 at the World Savings Bank in San Antonio, Texas . The World Savings Bank monthly

25  statements were mailed to 2063 Main Street #141, Oakley, California, which is the address of United

26  Parcel Service Mail Box #141 which I opened on or about December 7, 2004.

27  From on or about August 25, 2005 through January 25, 2006, I made withdrawals

28  from World Savings Bank account #393859327 based upon the $68,785.00 wire transfer, including

PLEA AGREEMENT
CR07-0807 SBA                           3

1  check no. 1006 for $10,000.00, which I fraudulently signed "Josephine Navarro" and used to

2  purchase a vehicle for my boyfriend.   In this scheme, I was well aware of the vulnerability of my

3  grandfather, then aged 74 (dob: 11/14/30), and my grandmother, then aged 68 (dob: 8/30/37), the

4  latter of whom suffered from Alzheimer's Disease and who was incapable of signing her name or

5  comprehending any financial transaction.

6      3.      I agree to give up all rights that I would have if I chose to proceed to trial, including

7  the rights to a jury trial with the assistance of an attorney; to confront and cross-examine government

8  witnesses; to remain silent or testify; to move to suppress evidence or raise any other Fourth or Fifth

9  Amendment claims; to any further discovery from the government; to future DNA testing of physical

10  evidence in the government's possession; and to pursue any affirmative defenses and present

11  evidence.

12      4.      I agree to give up my right to appeal my conviction, the judgment, and orders of the

13  Court. I also agree to waive any right I may have to appeal any aspect of my sentence, including any

14  orders relating to forfeiture and/or restitution.

15      5.      I agree to waive any right I may have to collateral attack my conviction or sentence,

16  including a petition under 28 U.S.C. § 2255 or 28 U.S.C. § 2241, at any time in the future after I am

17  sentenced, except for a claim that my constitutional right to the effective assistance of counsel was

18  violated.  I understand that under 18 U.S.C. §§ 3600 and/or 3600A, I have the right, under certain

19  circumstances, to post-conviction DNA testing of physical evidence in the government's possession

20  in support of a claim that I am actually innocent of the offense to which I am pleading guilty under

21  this plea agreement. I agree to waive my right to post-conviction DNA testing and my right to file

22  a petition under 18 U.S.C. §§ 3600 and/or 3600A to compel that testing.  I understand that the

23  government will not preserve any physical evidence obtained in this case.

24      6.      I agree not to ask the Court to withdraw my guilty plea at any time after it is entered,

25  unless the Court declines to accept the sentence agreed to by the parties. I agree that the government

26  may withdraw from this Agreement if the Court does not accept the agreed upon sentence set out

27  below. I agree that, if the Court does not accept the agreed upon sentence set out below, the statute

28

PLEA AGREEMENT
CR07-0807 SBA                          4

1   of limitations shall be tolled from the date I signed the plea agreement until the date the Court does

2   not accept the plea agreement.

3       7.      I agree that my sentence should be calculated pursuant to the Sentencing Guidelines.

4   I understand that the Court, while not bound to apply the Guidelines, must consult those Guidelines

5   and take them into account when sentencing, together with the factors set forth in 18 U.S.C.

6   § 3553(a). I also agree that the Sentencing Guidelines range will be calculated as follows and that

7   I will not ask for any other adjustment to or reduction in the offense level or for a downward

8   departure from the Guidelines range:

9           a.      Base Offense Level:
                    [U.S.S.G. § 2B1.1(a)(1)]                    7

10          b.      Specific Offense Characteristics:

11                  (1)  U.S.S.G. § 2B1.1(b)(1)(E)              +8
                         [Loss > $70,000]

12

13                  (2)  U.S.S.G. § 3A1.1(b)(1)                +2
                         [Vulnerable Victim]

14          c.      Acceptance of Responsibility:
15                  [If I meet the requirements of U.S.S.G. § 3E1.1,
                    I may be entitled to a three-level reduction for
16                  acceptance of responsibility, provided that I
                    forthrightly admit my guilt, cooperate with the
17                  Court and the Probation Office in any pre-sentence
                    investigation ordered by the Court, and continue
18                  to manifest an acceptance of responsibility
                    through and including the time of sentencing]:   - 3

19          d.      Adjusted offense level:                   14

20      8.      I agree that a reasonable and appropriate disposition of this case, under the Sentencing

21  Guidelines and 18 U.S.C. § 3553(a), is as follows:

22          a. 21 months imprisonment,

23          b.  4 years of supervised release (with conditions to be fixed by the Court) imposed

24  after my release from prison in this case to be served concurrently with any remaining term of

25  supervised release under 4:08-CR00123 SBA,

26          c. $ 0 fine,

27          c. $100.00 special assessment, and

28

PLEA AGREEMENT
CR07-0807 SBA                    5

1              d. $ 68,785.00 restitution.

2      .      9.      I agree that actual and intended loss under U.S.S.G. § 2B1.1(b)(1)(E) is $100,000.00

3    and that actual loss is $68,785.00.  I agree to pay restitution in the amount of $ 68,785.00 for all the

4    losses caused by all of the schemes and offenses in this case and I agree that the amount of restitution

5    will not be limited to the loss attributable to the count to which I am pleading guilty pursuant to 18

6    U.S.C. § 3663(a)(3).  I agree that I will make a good faith effort to pay any fine, forfeiture, or

7    restitution I am ordered to pay.  Before or after sentencing, I will, upon request of the Court, the

8    government, or the U.S. Probation Office, provide accurate and complete financial information,

9    submit sworn statements and give depositions under oath concerning my assets and my ability to pay,

10   surrender assets I obtained as a result of my crimes, and release funds and property under my control

11   in order to pay any fine, forfeiture, or restitution.  I agree to pay the special assessment at the time

12   of sentencing.  I agree that, regardless of any other provision in this Agreement, the government may

13   and will provide to the Court and the Probation Office all information relevant to the charged

14   offenses or the sentencing decision.

15          10.     I agree not to commit or attempt to commit any crimes before sentence is imposed

16   or before I surrender to serve my sentence.  I also agree not to violate the terms of my pretrial release

17   (if any); not to intentionally provide false information to the Court, the Probation Office, Pretrial

18   Services, or the government; and not to fail to comply with any of the other promises I have made

19   in this Agreement.  I agree that, if I fail to comply with any promises I have made in this Agreement,

20   then the government will be released from all of its promises in this Agreement, including those set

21   forth in paragraphs 13 through 15 below, but I will not be released from my guilty plea.

22          11.     I agree that this Agreement contains all of the promises and agreements between the

23   government and me, and I will not claim otherwise in the future.

24          12.     I agree that this Agreement binds the U.S. Attorney's Office for the Northern District

25   of California only, and does not bind any other federal, state, or local agency.

26   The Government's Promises

27          13.     The government agrees to move to dismiss any open charges pending against the

28   defendant in the captioned indictment at the time of sentencing.

PLEA AGREEMENT
CR07-0807 SBA                              6

14.    The government agrees not to file any additional charges against the defendant that could be filed as a result of the investigation that led to the captioned indictment.

15.    The government agrees that the reasonable and appropriate sentence in this case should be as set forth in paragraph 8 above, unless the defendant violates the Agreement as set forth in paragraphs 8 through 10 above or fails to accept responsibility.

The Defendant's Affirmations

16.    I confirm that I have had adequate time to discuss this case, the evidence, and this Agreement with my attorney, and that she has provided me with all the legal advice that I requested.

17.    I confirm that while I considered signing this Agreement, and at the time I signed it, I was not under the influence of any alcohol, drug, or medicine.

18.    I confirm that my decision to enter a guilty plea is made knowing the charges that have been brought against me, any possible defenses, and the benefits and possible detriments of proceeding to trial. I also confirm that my decision to plead guilty is made voluntarily, and no one coerced or threatened me to enter into this Agreement.

Dated: _____

        JENNIFER LYNN NAVARRO
        Defendant

        JOSEPH P. RUSSONIELLO
        United States Attorney

Dated: _____

        DEBORAH R. DOUGLAS
        Assistant United States Attorney

PLEA AGREEMENT
CR07-0807 SBA                    7

1    I have fully explained to my client all the rights that a criminal defendant has and all the

2  terms of this Agreement. In my opinion, my client understands all the terms of this Agreement and

3  all the rights she is giving up by pleading guilty, and, based on the information now known to me,

4  her decision to plead guilty is knowing and voluntary.

5

6  Dated: ____ _____                    _____
                                            JOYCE LEAVITT, Esq.
7                                           Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEA AGREEMENT
CR07-0807 SBA                    8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

World Savings Bank Checking Account Statements



# WORLD SAVINGS
### *How may we help you?*

WSB    01
TEXAS    042

ACCOUNTS INSURED TO LECAL
MAXIMUM BY THE FDIC

WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING  #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776

                  893

JOSEPHINE B NAVARRO
OR SALVADOR S NAVARRO
2063 MAIN ST 141
OAKLEY CA  94561

PAGE                              1
ACCOUNT NUMBER        393859327
BEGINNING STATEMENT DATE  08-18-05
ENDING STATEMENT DATE     09-09-05
CHECKS ENCLOSED                   1

IN THE WORLD, OR TAKE THE PRIZE VALUE IN CASH-$2,600! GO TO WWW.WORLDSAVINGS.COM OR
VISIT YOUR LOCAL BRANCH FOR DETAILS. HURRY! SWEEPSTAKES ENDS OCTOBER 22, 2005.

**************** CHECKING-WITH-INTEREST ACCOUNT SUMMARY ********************

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 0.00 | 69,721.07 | 5.65 | 15,230.44 | 0.00 | 54,496.28 |

**************** SEQUENTIAL CHECK LISTING ********************

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08-31 | 10,000.00 | | | | | | | | | |

**************** CHECKING-WITH-INTEREST ACCOUNT ACTIVITY ********************

| DATE | AMOUNT | ITEM DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| 08 18 | | *BEGINNING BALANCE | | 0.00 |
| 08 18 | 500.00+ | DEPOSIT CHECK | | 500.00 |
| 08 22 | 0.06+ | DIRECT DEPOSIT | VERIFYBANK PAYPAL | 500.06 |
| 08 22 | 0.16+ | DIRECT DEPOSIT | VERIFYBANK PAYPAL | 500.22 |
| 08 23 | 11.99 | ELECTRONIC WITHDRAWAL | DELUXE INC CHECK PRINT CHG | 488.23 |
| 08 25 | 68,785.00+ | INCOMING WIRE | | 69,273.23 |
| 08 25 | 10.00 | INCOMING WIRE FEE | | 69,263.23 |
| 08 25 | 65.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 69,198.23 |
| 08 26 | 294.78 | ELECTRONIC WITHDRAWAL | ECHECK    PAYPAL | 68,903.45 |
| 08 26 | 300.00 | ELECTRONIC WITHDRAWAL | TRANSFER  PAYPAL | 68,603.45 |
| 08 29 | 160.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 68,443.45 |
| 08 29 | 300.00 | ELECTRONIC WITHDRAWAL | TRANSFER  PAYPAL | 68,143.45 |
| 08 31 | 10,000.00 | CHECK | | 58,143.45 |
| 08 31 | 210.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 57,933.45 |
| 08 31 | 487.82 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 57,445.63 |
| 09 02 | 400.00+ | DIRECT DEPOSIT | TRANSFER  PAYPAL | 57,845.63 |
| 09 02 | 35.85 | ELECTRONIC WITHDRAWAL | 8009619859 ACE ONLINE | 57,809.78 |
| 09 07 | 2,745.00 | ELECTRONIC WITHDRAWAL | ECHECK    PAYPAL | 55,064.78 |
| 09 09 | 35.85+ | DIRECT DEPOSIT | 8009619859 ACE ONLINE | 55,100.63 |
| 09 09 | 610.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 54,490.63 |
| 09 09 | 5.65+ | INTEREST CREDIT | | 54,496.28 |

* MAINTAIN A DAILY BALANCE OF AT LEAST $  500.00 TO EARN WORLD'S CHECKING-WITH-INTEREST RATE.
** MAINTAIN A $ 2,000.00 MINIMUM DAILY BALANCE TO AVOID A SERVICE CHARGE.

3.1



# WORLD SAVINGS
*How may we help you?*

| | | |
|---|---|---|
| WSB | 01 | WORLD SAVINGS BANK, FSB |
| TEXAS | 042 | SAVINGS INTERNET BANKING  #893 |
| | | P.O. BOX 659578, T2C4 |
| | | SAN ANTONIO, TX  78265 |
| | ACCOUNTS INSURED TO LEGAL | FOR INFORMATION CALL |
| | MAXIMUM BY THE FDIC | (866) 467-3776 |

```
                              893          PAGE                                  2
               JOSEPHINE B NAVARRO         ACCOUNT NUMBER          393859327
               OR SALVADOR S NAVARRO       BEGINNING STATEMENT DATE  08-18-05
                                           ENDING STATEMENT DATE     09-09-05
                                           CHECKS ENCLOSED                     1
```

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE  $     5.65

Enjoy toll-free updates 24 hours a day, 7 days a week.  Call 1-800-HOT RATE (1-800-468-7283) for World's current interest rates. And if you have a World ATM Card or ATM/Check Card, call 1-888-BANK WORLD (1-888-226-5967) for recent activity on your account(s).



# WORLD SAVINGS
*How may we help you?*

| WSB | 01 |
| TEXAS | 042 |

```
WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING  #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776
```

```
                  893            PAGE                            1
1    JOSEPHINE B NAVARRO             ACCOUNT NUMBER         393859327
     OR SALVADOR S NAVARRO          BEGINNING STATEMENT DATE  09-10-05
     2063 MAIN ST 141               ENDING STATEMENT DATE     10-09-05
     OAKLEY CA  94561               CHECK IMAGES ENCLOSED            5
```

IN THE WORLD, OR TAKE THE PRIZE VALUE IN CASH-$2,600! GO TO WWW.WORLDSAVINGS.COM OR
VISIT YOUR LOCAL BRANCH FOR DETAILS. HURRY! SWEEPSTAKES ENDS OCTOBER 22, 2005.

`***************** CHECKING-WITH-INTEREST ACCOUNT SUMMARY *****************`

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 54,496.28 | 0.00 | 8.48 | 9,960.43 | 0.00 | 44,544.33 |

`********************** SEQUENTIAL CHECK LISTING **********************`

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09-12 | 483.00 | | 09-12 | 1,700.00 | | 09-15 | 210.00 | | | |
| | 09-12 | 1,191.00 | | 09-14 | 600.00 | | | | | | |

`***************** CHECKING-WITH-INTEREST ACCOUNT ACTIVITY *****************`

| DATE | AMOUNT | ITEM DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| 09 10 | | BEGINNING BALANCE | | 54,496.28 |
| 09 12 | 483.00 | CHECK *1011* | | 54,013.28 |
| 09 12 | 1,191.00 | CHECK *1010* | | 52,822.28 |
| 09 12 | 1,700.00 | CHECK *1001* | | 51,122.28 |
| 09 14 | 600.00 | CHECK | | 50,522.28 |
| 09 15 | 210.00 | CHECK *1012* | | 50,312.28 |
| 09 20 | 660.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 49,652.28 |
| 09 23 | 410.00 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 49,242.28 |
| 09 26 | 223.67 | ELECTRONIC WITHDRAWAL | VZW WEBPAY VZ WIRELESS VW | 49,018.61 |
| 09 30 | 660.00 | ELECTRONIC WITHDRAWAL | PHONE PYMT CAPITAL ONE | 48,358.61 |
| 10 03 | 424.07 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 47,934.54 |
| 10 06 | 2,800.00 | ELECTRONIC WITHDRAWAL | TRANSFER   PAYPAL | 45,134.54 |
| 10 07 | 598.69 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 44,535.85 |
| 10 08 | 8.48+ | INTEREST CREDIT | | 44,544.33 |

`********** CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION **********`

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE $    14.13

**Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's current interest rates. And if you have a World ATM Card or ATM/Check Card, call 1-888-BANK WORLD (1-888-226-5967) for recent activity on your account(s).**

3.6



# WORLD SAVINGS
*How may we help you?*

| | | |
|---|---|---|
| WSB | 01 | |
| TEXAS | 042 | |

WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING   #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776

```
                   893
    2    JOSEPHINE B NAVARRO
         OR SALVADOR S NAVARRO
         2063 MAIN ST 141
         OAKLEY CA  94561
```

PAGE                          1
ACCOUNT NUMBER        393859327
BEGINNING STATEMENT DATE  10-10-05
ENDING STATEMENT DATE     11-09-05
CHECK IMAGES ENCLOSED         1

PAYMENTS. START EARNING INTEREST IMMEDIATELY INSTEAD OF THE NEXT BUSINESS DAY. ENROLL AT YOUR LOCAL
WORLD BRANCH, CALL 1-866-IN-PERSON, OR SIGN INTO WORLD ONLINE BANKING AT WWW.WORLDSAVINGS.COM TODAY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CHECKING-WITH-INTEREST ACCOUNT SUMMARY  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 44,544.33 | 0.00 | 7.17 | 6,457.00 | 0.00 | 38,094.50 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  SEQUENTIAL CHECK LISTING  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10-11 | 2,500.00 | | | | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CHECKING-WITH-INTEREST ACCOUNT ACTIVITY  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DATE | AMOUNT | ITEM DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| 10 10 | | BEGINNING BALANCE | | 44,544.33 |
| 10 11 | 2,500.00 | CHECK 5027 | | 42,044.33 |
| 10 13 | 1,174.57 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 40,869.76 |
| 10 27 | 1,800.00 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 39,069.76 |
| 11 09 | 982.43 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 38,087.33 |
| 11 09 | 7.17+ | INTEREST CREDIT | | 38,094.50 |

\*\*\*\*\*\*\*\*\*\*  CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION  \*\*\*\*\*\*\*\*\*\*\*\*

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE $    21.30

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's current interest rates. And
if you have a World ATM Card or ATM/Check Card, call 1-888-BANK WORLD (1-888-226-5967) for recent activity on your account(s).

3.7



# WORLD SAVINGS
## *How may we help you?*

```
WSB        01
TEXAS      042
```

```
WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING  #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776
```

```
              893            PAGE                              1
   3    JOSEPHINE B NAVARRO       ACCOUNT NUMBER       393859327
        OR SALVADOR S NAVARRO     BEGINNING STATEMENT DATE  11-10-05
        2063 MAIN ST 141          ENDING STATEMENT DATE     12-09-05
        OAKLEY CA  94561          CHECK IMAGES ENCLOSED           2
```

YOUR WORLD CHECK CARD INSTEAD OF A CREDIT CARD--NO MONTHLY BILLS, FINANCE CHARGES OR ANNUAL FEES.
IF YOU DONT HAVE A WORLD CHECK CARD, VISIT YOUR NEAREST BRANCH AND APPLY FOR ONE SOON.  HO, HO, HO!

================= CHECKING-WITH-INTEREST ACCOUNT SUMMARY  ==================

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 38,094.50 | 0.00 | 6.02 | 6,213.27 | 0.00 | 31,887.25 |

=================== SEQUENTIAL CHECK LISTING  ===================

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015 | 11-23 | 2,000.00 | 1018* | 11-29 | 2,000.00 | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

================= CHECKING-WITH-INTEREST ACCOUNT ACTIVITY  ==================

| DATE | . | AMOUNT | ITEM DESCRIPTION | | BALANCE |
|---|---|---|---|---|---|
| 11 10 | | | BEGINNING BALANCE | | 38,094.50 |
| 11 21 | | 2,061.28 | ELECTRONIC WITHDRAWAL | ONLINE PMT CAPITAL ONE | 36,033.22 |
| 11 23 | | 2,000.00 | CHECK  1015 | | 34,033.22 |
| 11 29 | | 2,000.00 | CHECK  1018 | | 32,033.22 |
| 12 05 | | 133.64 | ELECTRONIC WITHDRAWAL | INST XFER  PAYPAL | 31,899.58 |
| 12 09 | | 18.35 | ELECTRONIC WITHDRAWAL | INST XFER  PAYPAL | 31,881.23 |
| 12 09 | | 6.02+ | INTEREST CREDIT | | 31,887.25 |

========== CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION  ===========

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE $   27.32

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's current interest rates. And
if you have a World ATM Card or ATM/Check Card, call 1-888-BANK WORLD (1-888-226-5967) for recent activity on your account(s).



# WORLD SAVINGS
*How may we help you?*

WSB        01
TEXAS      042

WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING   #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776

```
                      893              PAGE                       ,           1
     4    JOSEPHINE B NAVARRO          ACCOUNT NUMBER       393859327
          OR SALVADOR S NAVARRO        BEGINNING STATEMENT DATE  12-10-05
          2063 MAIN ST 141             ENDING STATEMENT DATE     01-09-06
          OAKLEY CA  94561             CHECK IMAGES ENCLOSED             2
```

STOP BY YOUR WORLD BRANCH OR VISIT WWW.WORLDSAVINGS.COM
AND GET TO KNOW ALL OF THE SERVICES OFFERED BY THE WORLD SAVINGS FAMILY OF COMPANIES.

**************** CHECKING-WITH-INTEREST ACCOUNT SUMMARY ******************

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 31,887.25 | 0.00 | 5.11 | 7,876.36 | 0.00 | 24,016.00 |

******************** SEQUENTIAL CHECK LISTING *********************

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 01-06 | 4,000.00 | 1016* | 12-17 | 960.00 |  |  |  |  |  |  |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS
*************** CHECKING-WITH-INTEREST ACCOUNT ACTIVITY ******************

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 12 10 |  | BEGINNING BALANCE | 31,887.25 |
| 12 12 | 1,887.25 | ELECTRONIC WITHDRAWAL    TRANSFER    PAYPAL | 30,000.00 |
| 12 17 | 960.00 | CHECK  1016 | 29,040.00 |
| 12 19 | 12.37 | ELECTRONIC WITHDRAWAL    INST XFER  PAYPAL | 29,027.63 |
| 12 19 | 16.74 | ELECTRONIC WITHDRAWAL    INST XFER  PAYPAL | 29,010.89 |
| 12 31 | 3.73+ | INTEREST CREDIT | 29,014.62 |
| 01 05 | 1,000.00 | ELECTRONIC WITHDRAWAL    ONLINE PMT CAPITAL ONE | 28,014.62 |
| 01 06 | 4,000.00 | CHECK *10/3* | 24,014.62 |
| 01 09 | 1.38+ | INTEREST CREDIT | 24,016.00 |

********** CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION ************

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE  $     1.38
NOTE:  2005 INTEREST PAID ON THIS ACCOUNT WAS $    31.05

**3.9**



# WORLD SAVINGS
*How may we help you?*

WSB       01
TEXAS     042

WORLD SAVINGS BANK, FSB
SAVINGS INTERNET BANKING   #893
P.O. BOX 659578, T2C4
SAN ANTONIO, TX  78265
FOR INFORMATION CALL
(866) 467-3776

```
                            893              PAGE                              1
        4     JOSEPHINE B NAVARRO           ACCOUNT NUMBER          393859327
              OR SALVADOR S NAVARRO         BEGINNING STATEMENT DATE  01-10-06
              2063 MAIN ST 141              ENDING STATEMENT DATE     02-09-06
              OAKLEY CA  94561              CHECK IMAGES ENCLOSED             2
```

STOP BY YOUR WORLD BRANCH OR VISIT WWW.WORLDSAVINGS.COM
AND GET TO KNOW ALL OF THE SERVICES OFFERED BY THE WORLD SAVINGS FAMILY OF COMPANIES.

************************ CHECKING-WITH-INTEREST ACCOUNT SUMMARY *****************

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 24,016.00 | 0.00 | 4.23 | 419.78 | 0.00 | 23,600.45 |

************************ SEQUENTIAL CHECK LISTING *************************

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 01-20 | 384.78 |  | 01-25 | 35.00 |  |  |  |  |  |  |

***************** CHECKING-WITH-INTEREST ACCOUNT ACTIVITY *****************

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 01 10 |  | BEGINNING BALANCE | 24,016.00 |
| 01 20 | 384.78 | CHECK *1019* | 23,631.22 |
| 01 25 | 35.00 | CHECK | 23,596.22 |
| 02 09 | 4.23+ | INTEREST CREDIT | 23,600.45 |

********** CHECKING-WITH-INTEREST ACCOUNT INTEREST INFORMATION ************

THE ANNUAL PERCENTAGE YIELD EARNED FOR YOUR ACCOUNT DURING THIS PERIOD WAS  0.21%.
INTEREST PAID YEAR-TO-DATE  $      5.61
NOTE:  2005 INTEREST PAID ON THIS ACCOUNT WAS $    31.05

**3.10**