JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JENNIFER NAVARRO<br>Defendant. | No.: CR07-0807 SBA<br><br>GOVERNMENT'S MOTION TO AMEND INDICTMENT |

The United States respectfully moves to amend the six-count indictment filed on December 20, 2007 and the case caption used by the Clerk's Office to reflect that defendant's name is Jennifer Navarro, not Jennifer Lynn Navarro.

On December 20, 2007, a six-count indictment charged defendant with various counts of mail fraud, wire fraud, and aggravated identity theft (see Exhibit A). Defendant was charged under the name "Jennifer Lynn Navarro" based upon the investigatory report prepared by the United States Postal Service.

A couple of work days ago, the defense counsel, Assistant Federal Public Defender Joyce Leavitt, informed government's counsel that defendant's middle name is not "Lynn."

It is well established that an amendment changing only a matter of form in an indictment, as opposed to the substance of the charge, is entirely permissible. See, e.g., United States v. Perez, 776

F.2d 797, 799 (9th Cir. 1985) (amendment of indictment to conform to defendant's preferred name was proper); United States v. McGrath, 558 F.2d 1102, 1105 (2d Cir. 1977)(a ministerial amendment to an indictment, such as a name change, can be made by the court or the prosecutor); Dye v. Sacks, 279 F.2d 834, 837 (6th Cir. 1960) (amendment to indictment correcting a misdescription of the victim's name is related to a matter of form and not of substance and did not change the nature of the offense charged); Williams v. United States, 179 F.2d 656 (5th Cir. 1950) (misnamed co-defendant); United States v. Denny, 165 F.2d 668, 669 (7th Cir.) (name of defendant misspelled).

DATED: July 7, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

7/7/08
Dated

Deborah R. Douglas
DEBORAH R. DOUGLAS
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment filed on December 20, 2007 and the case caption used by the Clerk's Office shall be amended to reflect that defendant's name is Jennifer Navarro.

IT IS SO ORDERED.

Dated

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

**EXHIBIT A**

Indictment

Case 4:07-cr-00807-MJJ Document 1 Filed 12/20/2007 Page 3 of 8

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNIFER LYNN NAVARRO (a/k/a Jennifer Navarro-Gochenouer),

Defendant.

Criminal No. CR07-0807 MJJ

VIOLATIONS: 18 U.S.C. § 1341 [Mail Fraud]; 18 U.S.C. § 1343 [Wire Fraud]; 18 U.S.C. § 1028A(a)(1) [Aggravated Identity Theft]

OAKLAND VENUE

## INDICTMENT

The Grand Jury charges:

At all times relevant to this indictment:

1. E-Loan, Inc. ("E-Loan") was an on-line financial institution whose headquarters were located in Pleasanton, California.

2. Escrow Closing Services was a title company located in Pleasanton, California.

3. The World Savings Bank was a financial institution whose headquarters were located in San Antonio, Texas, and which was insured by the Federal Deposit Insurance Corporation.

SCHEME TO DEFRAUD

4. Beginning at a time unknown, but not later than in or about July 2005, and continuing until on or about January 25, 2006, in the Northern District of California, and elsewhere, the defendant Jennifer Lynn Navarro ("defendant") did knowingly devise and execute a material scheme and artifice to defraud and obtain money from E-Loan, World Savings Bank, and individual victims. Salvador Navarro Sr. and Josephine Navarro, by means of materially false and fraudulent pretenses, representations, and promises.

MANNER AND MEANS OF THE SCHEME

5. As part of the scheme and artifice to defraud, defendant used the personal identification information of her grandparents, Salvador Navarro Sr. and Josephine Navarro, including their names, address, dates of birth, and California driver's license numbers, as well as the social security number of Salvador Navarro Sr., on a "Uniform Residential Loan Application" and supporting documentation for the purpose of obtaining a loan in the amount of $100,000.00 from E-Loan based upon the refinance of the primary residence of Salvador Navarro Sr. and Josephine Navarro, without their knowledge or consent.

6. As part of the scheme and artifice to defraud, on or about August 4, 2005, World Savings Bank checking account #393859327, in the names of Salvador Navarro Sr. and Josephine Navarro, was opened via the Internet, without the knowledge or authorization of Salvador Navarro Sr. and Josephine Navarro. On or about August 8, 2005, through the United States Postal Service, World Savings Bank headquarters in San Antonio, Texas, received a "Mail-In Form" for "New Account Agreement" dated August 4, 2005, which was fraudulently signed "Josephine Navarro" and "Salvador Navarro." The World Savings Bank monthly statements are addressed to 2063 Main Street #141, Oakley, California, which is the address of United Parcel Service Mail Box #141 opened by defendant on or about December 7, 2004. Instructions on the "Disbursement of Funds" form directed E-Loan to send the closing documents to 2063 Main Street #141, Oakley, California, and the "loan proceeds via Wire Transfer" to World Savings Bank account #393859327 in San Antonio, Texas.

7. On or about August 9, 2005, E-Loan approved the loan in the amount of $100,000. On or about August 18, 2005, E-Loan sent a package containing loan documents via United Parcel Service ("UPS"), tracking no. 1Z86X68X0190849787, to Salvador Navarro Sr. at his residence in Brentwood, California. Also on August 18, 2005, Escrow Closing Services sent a package containing an unsigned "Settlement Statement" via United Parcel Service, tracking no. 1Z46R55V0195995556, to Salvador Navarro Sr. at his residence in Brentwood, California.

8. On or about August 24, 2005, E-Loan received the completed "Settlement Statement," which was signed by Escrow Closing Services and fraudulently signed "Salvador Navarro," without his knowledge or consent. On that same day, August 24, 2005, E-Loan funded the loan in the amount of $70,000 based upon the "Settlement Statement."

9. On or about August 25, 2005, E-Loan electronically transferred $68,785.00 ($70,000 minus fees) to World Savings Bank account #393859327.

10. From August 25, 2005 through January 25, 2006, withdrawals were made from the wire transfer of $68,785.00 into the World Savings Bank account #393859327, including check no. 1006 for $10,000 to payee "Cal Pac" which defendant filled out and fraudulently signed "Josephine Navarro."

<u>COUNT ONE</u>: (18 U.S.C. § 1341 - Mail Fraud)

11. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

12. On or about August 4, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly place and cause to be placed a World Savings Bank "Mail-In Form" in a post office and in an authorized depository for mail matter to be sent and delivered by the United States Postal Service to the World Savings Bank, in violation of Title 18, United States Code, Section 1341.

COUNT TWO: (18 U.S.C. § 1341 - Mail Fraud)

13. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

14. On or about August 18, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly deposit and cause to be deposited a package containing loan documents from E-Loan to be sent and delivered by a private and commercial interstate carrier, namely, United Parcel Service, tracking no. 1Z86X68X0190849787, to Salvador Navarro Sr., in violation of Title 18, United States Code, Section 1341.

COUNT THREE: (18 U.S.C. § 1341 - Mail Fraud)

15. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

16. On or about August 18, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly deposit and cause to be deposited a package containing a "Settlement Statement" from Escrow Closing Services to be sent and delivered by a private and commercial interstate carrier, namely, United Parcel Service, tracking no. 1Z46R55V0195995556, to Salvador Navarro Sr., in violation of Title 18, United States Code, Section 1341.

COUNT FOUR: (18 U.S.C. § 1343 - Wire Fraud)

17. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

18. On or about August 25, 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

to execute the scheme and artifice to defraud set forth above, did knowingly cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, and signals, namely, a wire transfer of approximately $68,785.00 from E-Loan in Pleasanton, California, to World Savings Bank in San Antonio, Texas, in violation of Title 18, United States Code, Section 1343.

COUNT FIVE: (18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft)

19. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

20. In or about July 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

did knowingly transfer, possess, and use, without lawful authority, a means of identification, as defined in 18 U.S.C. § 1028(d)(7)(A), of another person, namely, Salvador Navarro Sr., during and in relation to felony violations of 18 U.S.C. §§ 1341 and 1343 as alleged in Counts One through Four above, in violation of Title 18, United States Code, Section 1028A(a)(1).

Case 4:07-cr-00807-MJJ Document 1 Filed 12/20/2007 Page 8 of 8

COUNT SIX: (18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft)

21. Paragraphs one through ten are incorporated by reference as though fully set forth herein.

22. In or about July 2005, in the Northern District of California, and elsewhere, the defendant,

JENNIFER LYNN NAVARRO,
(a/k/a Jennifer Navarro-Gochenouer),

did knowingly transfer, possess, and use, without lawful authority, a means of identification, as defined in 18 U.S.C. § 1028(d)(7)(A), of another person, namely, Josephine Navarro, during and in relation to felony violations of 18 U.S.C. §§ 1341 and 1343 as alleged in Counts One through Four above, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: December 20, 2007

A TRUE BILL.

[signature]
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

[signature]
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: DRD)
AUSA Deborah R. Douglas