1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7
   Attorneys for Plaintiff
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,        )   No.: CR07-0807 SBA
13                                  )
              Plaintiff,            )
14                                  )   GOVERNMENT'S MOTION TO AMEND
          v.                        )   INDICTMENT
15                                  )
   JENNIFER NAVARRO                 )
16                                  )
              Defendant.            )
17 _____  )

18

19      The United States respectfully moves to amend the six-count indictment filed on December

20  20, 2007 and the case caption used by the Clerk's Office to reflect that defendant's name is Jennifer

21  Navarro, not Jennifer Lynn Navarro.

22      On December 20, 2007, a six-count indictment charged defendant with various counts of

23  mail fraud, wire fraud, and aggravated identity theft (see Exhibit A).  Defendant was charged under

24  the name "Jennifer Lynn Navarro" based upon the investigatory report prepared by the United States

25  Postal Service.

26      A couple of work days ago, the defense counsel, Assistant Federal Public Defender Joyce

27  Leavitt, informed government's counsel that defendant's middle name is not "Lynn."

28      It is well established that an amendment changing only a matter of form in an indictment,
    as opposed to the substance of the charge, is entirely permissible.  See, e.g., United States v. Perez,

776 F.2d 797, 799 (9th Cir. 1985) (amendment of indictment to conform to defendant's preferred name was proper); United States v. McGrath, 558 F.2d 1102, 1105 (2d Cir. 1977)(a ministerial amendment to an indictment, such as a name change, can be made by the court or the prosecutor); Dye v. Sacks, 279 F.2d 834, 837 (6th Cir. 1960) (amendment to indictment correcting a misdescription of the victim's name is related to a matter of form and not of substance and did not change the nature of the offense charged); Williams v. United States, 179 F.2d 656 (5th Cir. 1950) (misnamed co-defendant); United States v. Denny, 165 F.2d 668, 669 (7th Cir.) (name of defendant misspelled).

DATED: July 7, 2008          Respectfully submitted,

                             JOSEPH P. RUSSONIELLO
                             United States Attorney

 7/7/08                       /s/
Dated                        DEBORAH R. DOUGLAS
                             Assistant United States Attorney

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment filed on December 20, 2007 and the case caption used by the Clerk's Office shall be amended to reflect that defendant's name is Jennifer Navarro.

IT IS SO ORDERED.

_____ 7/7/08                 _____
Dated                        HONORABLE SAUNDRA BROWN ARMSTRONG
                             United States District Judge

2

**EXHIBIT A**

Indictment