|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,            )       No. CR-07-807 SBA
                                     )
       Plaintiff,                    )       ORDER FOR VOLUNTARY
                                     )       SURRENDER
   vs.                                )
                                     )
JENNIFER NAVARRO,                    )
                                     )
       Defendant.                    )
                                     )
_____          )

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

(1) A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant shall immediately report to the United States Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco, or 1301 Clay Street, Oakland, CA 94612 for further instructions, which Defendant shall follow precisely.

(3) As Notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on August 22,2008. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshall by 12:00 p.m. on the surrender date.

(4) Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

<u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and punishable by additional imprisonment of up to five years.

IT IS SO ORDERED.

DATED: 7/8/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

CC: U.S. Marshal, AUSA, Defense Attorney, Defendant