**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:7/8/08**

**CR 07-00807SBA**                          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**NAVARRO**                          **Present (X) Not Present ( ) In Custody ( )**
        **DEFENDANT(S)**

 **DEBORAH DOUGLASS**                    ____**JOYCE LEAVITT**_____
**U.S. ATTORNEY**                          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**              ___**IRENE RODRIGUEZ**_____
                                  **Court Reporter**

_____              ___**CONNIE COOK**_____
 **Interpreter**                          **Probation Officer**
                          **PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
_____
**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT; GOVERNMENT DISMISSES ALL REMAINING COUNTS; DEFENDANT TO SELF-SURRENDER ON 8/22/08**_____
_____

**JUDGMENT: 21 MONTHS BOP; 4 YEARS S/R; $100.00 S/A; $45,140.79 RESTITUTION SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**_____
_____
_____
                          **PROCEEDINGS**

**Case Continued to**_____**for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____**@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**